445 A.2d 225

Commonwealth v. Schminkey, Appellant.

Submitted April 8, 1981.

Christopher J. Foust, for appellant; James J. Rosini, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.